## Commonwealth v. Klink, Appellant.

Before RIDGE, J.

Argued November 25, 1975. *Sean Cassidy,* with him *Cassidy & Lamproplos,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Kuhn, Appellant.

Before SCULCO, J.

Argued November 25, 1975. *Alfred B. Bell,* Assistant Public Defender, with him *Dante G. Bertani,* Public Defender, for appellant; *James J. Conte,* Assistant District Attorney, with him *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Lawson, Appellant.

Before SWEET, P. J.

Argued November 24, 1975. *John A. Metz, Jr.,* with him *Metz, Cook, Hanna & Kelly,* for appellant; *Samuel L. Rodgers,* with him *Michael E. Kusturiss,* for appellee.

Order affirmed.